# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-3704

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff - Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of North Dakota. |
| Sheikh Murshed Imam, | * | |
| | * | **[UNPUBLISHED]** |
| Defendant - Appellant. | * | |

_____

Submitted: June 9, 1998
Filed: July 27, 1998

_____

Before LOKEN, GODBOLD,* and HEANEY, Circuit Judges.

_____

PER CURIAM.

Sheikh Murshed Imam appeals his conviction and sentence for mail fraud in violation of 18 U.S.C. § 1341. The scheme included hiring Pakistani college students from the Fargo-Moorhead area to stage fake rear-end auto accidents in California. Bogus medical clinics would then treat passengers in the struck car for sham personal injuries. Law firms established by the conspirators would make personal injury claims against the students' auto insurers, seeking quick settlements. Imam and his brother

_____

*The HONORABLE JOHN C. GODBOLD, United States Circuit Judge for the Eleventh Circuit, sitting by designation.

up and operated the George Hernandez Law Firm, using the name of a loca criminal defense lawyer who was paid for the use of his name but otherwise apparently cipate in the fraudulent scheme. The jury convicted Imam of the six mail fraud counts charged in the indictment.
years supervised release, and $21,500 in restitution. Imam appeals, raising five issues.

e record, we conclude the district court did not abuse its discretion in denying a continuance so that Imam could secure the presence of three appear, George Hernandez and two employees of the                                                                      e
defense       as merely an employee of the law firm, not a manager who knowingly in the fraud. We agree with the district court that Imam failed to support the      ested continuance with reasonable assurance that testimony favorable to the arly because any testimony by these insiders as to Imam's knowledge of illegal activity at the law
We further conclude the district court did not abuse
pretrial motion for change of venue, the evidence was sufficient to convict him of the       ail fraud, the prosecutor's closing argument was not improperly prejudicial, and the court did not commit plai
for managi                                                                              See U.S.S.G § 3B1.1(b). Accordingly, we affirm.

A true copy.

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

The      NORABLE RODNEY S. WEBB, Chief Judge of the United States District Court for the District of North Dakota.